**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| DEEANN HORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 5:14-CV-364 (MTT) |
| | ) |
| CITY OF MACON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 5, 2018, a mandate from the Eleventh Circuit was issued reversing and remanding this case to the Court to enter judgment in the Defendant's favor. Docs. 57; 58. Accordingly, the Clerk is **DIRECTED** to enter judgment in favor of the Defendant.

**SO ORDERED**, this 16th day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT